# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 30, 2024

Lyle W. Cayce
Clerk

No. 23-11266
Summary Calendar

———————

United States of America,

*Plaintiff—Appellee*,

*versus*

Hope Leticia Hastey,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:23-CR-77-1

———————————————————

Before Willett, Duncan, and Ramirez, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Hope Leticia Hastey has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Hastey has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur

---

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-11266

with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.